**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **RHIANNON Y. BURCH,** | **NO.:  CV 25-92-GF-JTJ** |
| **Plaintiff,** | |
| **vs.** | |
| **FRANK BISIGNANO,** **Commissioner of Social Security,** | **ORDER** |
| **Defendant.** | |

On April 9, 2026, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 14.) That same day, the Clerk of Court entered a separate judgment. (Doc. 15.)

Plaintiff Rhiannon Y. Burch ("Burch"), by and through her attorney, John E. Seidlitz, Jr., now moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting her Social Security appeal.  Plaintiff initially requested $12,031.31in fees.  Defendant Commissioner of Social Security ("Commissioner") has been contacted and has stipulated to a reduced fee amount of $11,500.00. Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of $11,500.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA in this case, and will satisfy all

1

of Plaintiff's claims for fees under 28 U.S.C. § 2412 in this case. This award is subject to offset to satisfy any pre-existing debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), and the Treasury Offset Program, 31 U.S.C. § 3716. If the government determines Plaintiff does not owe a federal debt, then the government shall cause the payment of the award to be made directly to Plaintiff's counsel.

DATED this 29th day of June, 2026.


_____
John Johnston
United States Magistrate Judge